UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES ALAN OLMSTEAD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LARRY A. WRIGHT, et al., <br><br> Defendants. | No. 5:20-CV-047-H |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objection to the Findings, Conclusions, and Recommendation of United States Magistrate Judge Bryant (Dkt. No. 10) and conducting a de novo review of those parts of the Findings and Conclusions to which objections have been made, the Court finds that the Findings and Conclusions are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the plaintiffs' complaint and the claims within it are dismissed. All relief not expressly granted and any pending motions are denied.

So ordered on August 11, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE